# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONI A. WISE

Case No. 19-24382GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

LAKEVIEW LOAN SERVICING LLC

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9593.

Regular mortgage payments are currently being directed to the following creditor at the following address:

LAKEVIEW LOAN SERVICING LLC
C/O LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH,VA 23452

Movant has been requested to send payments to:

NATIONSTAR MORTGAGE LLC
800 STATE HIGHWAY
121 BYPASS
LEWISVILLE TX 75067

9593

The Chapter 13 Trustee's CID Records of LAKEVIEW LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/31/2022.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
RONI A. WISE, 320 GEORGETOWN ROAD, BEAVER FALLS, PA  15010

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
LAKEVIEW LOAN SERVICING LLC, C/O LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA  23452

:
LOANCARE LLC, PO BOX 8068, VIRGINIA BEACH, VA  23450

NEW CREDITOR:
NATIONSTAR MORTGAGE LLC
800 STATE HIGHWAY
121 BYPASS
LEWISVILLE TX 75067