**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/03/2022

IN RE:

RONI A. WISE
320 GEORGETOWN ROAD
BEAVER FALLS, PA 15010
XXX-XX-2848          Debtor(s)

Case No.19-24382 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/3/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6897 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3  INT %: 8.55%<br>Court Claim Number: 6<br>CLAIM: 14,344.15<br>COMMENT: CL6GOV~ARRS@CID 34/CONF*16038.92TTL/CL*17733.69@8.55%/PL@ALLY FINANC | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6970 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*1702.68/CL-PL@LOANCARE/PL*DKT4PMT-LMT*BGN 12/19*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9593 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 16,468.79<br>COMMENT: DFNCY~TOTALED/SCH*SURR@31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7399 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1339 |
| **BRIGHTON RADIOLOGY ASSOCIATES**<br>3582 BRODHEAD RD STE 204<br>MONACA, PA 15061-3142 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 753.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9317 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 904.32<br>COMMENT: COMENITY*VCTR SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4420 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **ASCENDIUM EDUCATION SOLUTIONS INC**<br>PO BOX 809142<br><br>CHICAGO, IL 60680 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1-2<br><br>CLAIM: 89,709.75<br>COMMENT: 7777~GREAT LAKES/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2848 |
| **GREAT LAKES HIGHER ED CORP**<br>2401 INTERNATIONAL LN<br><br>MADISON, WI 53704 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7777 |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>720 BLACKBURN RD<br><br>SEWICKLEY, PA 15143 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4813 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 874.08<br>COMMENT: CREDIT ONE BANK*SHERMAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5959 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 650.14<br>COMMENT: CITIBANK*BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2002 |
| **MONTGOMERY LYNCH & ASSOCIATES**<br>PO BOX 22720<br><br>BEACHWOOD, OH 44122 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0864 |
| **NATIONAL HOSPITAL COLLECTIONS***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV 26501 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0245 |
| **PROFESSIONAL ACCOUNT MGMT**<br>POB 391<br><br>MILWAUKEE, WI 53201-0391 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2898 |
| **RMP GREENSBURG++**<br>PO BOX 349<br><br>GREENSBURG, IN 47240 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~FOUR SEASONS ENDO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1899 |
| **RMP GREENSBURG++**<br>PO BOX 349<br><br>GREENSBURG, IN 47240 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~FOUR SEASONS ENDO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4225 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RMP GREENSBURG++**<br>PO BOX 349<br>GREENSBURG, IN 47240 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~VALLEY GASTRO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7763 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 3,058.91<br>COMMENT: WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2897 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 437.83<br>COMMENT: LOWES*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6897 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:12 | CLAIM: 3,153.72<br>COMMENT: SAMS CLUB/SYNCHRONY*REF 3519317242 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3708 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 17221<br>WILMINGTON, DE 19850-7221 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HERITAGE VLLY EMRGNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0611 |
| **VALLEY GASTROENTEROLOGIST**<br>100 KNOWLSON AVE<br>BEAVER FALLS, PA 15010 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0922 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 0.00<br>COMMENT: STRICKEN/DOE*CL=$321.06 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0117 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ND ADR~ROBIN WISE/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 31,574.70<br>COMMENT: $/CL-PL@LOANCARE/PL*THRU 11/19*LMP DENIED*NTC-RSV | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9593 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:7 | CLAIM: 138.65<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2848 |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br><br> PHOENIX, AZ  85062-8367 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:8 <br><br> CLAIM:  0.00 <br> COMMENT:  SURR/PL*DEFICIENCY*TOTALLED/SCH F | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  7399 |
| **LOANCARE LLC** <br> PO BOX 8068 <br><br><br> VIRGINIA BEACH, VA  23450 | Trustee Claim Number:32 INT %:  0.00% <br> Court Claim Number:013 <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/LMP OE*BGN 3/20*W4,29*LMP DENIED | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  9593 |
| **TUCKER ARENSBERG PC** <br> 1500 ONE PPG PL <br><br><br> PITTSBURGH, PA  15222-5401 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ALLY BANK(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br><br> PHOENIX, AZ  85062-8367 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number:6 <br><br> CLAIM:  1,694.77 <br> COMMENT:  $@0%/CONF~ARRS*W/3*DKT | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  6970 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  LAKEVIEW LN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |