**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RONI A. WISE | Case No. 19-24382GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>NATIONSTAR MORTGAGE LLC(*) | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> LOAN HAS BEEN SERVICE RELEASED TO RIGHTPATH AND NO TRANSFER OF CLAIM HAS BEEN FILED.

NATIONSTAR MORTGAGE LLC(*)　　　　　　　　　Court claim# 13/Trustee CID# 29
PO BOX 619094
DALLAS, TX 75261-9741

The Movant further certifies that on 03/30/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RONI A. WISE, 320 GEORGETOWN ROAD, BEAVER FALLS, PA  15010 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741 | ORIGINAL CREDITOR'S COUNSEL:<br>STEPHEN R FRANKS ESQ, MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028 |
| :<br>RIGHTPATH SERVICING, PO BOX 650783, DALLAS, TX  75265<br><br>NEW CREDITOR: | |