**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RONI A. WISE

Case No. 19-24382GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

    Movant
  vs.

Document No __

NATIONSTAR MORTGAGE LLC(*)

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

  LOAN HAS BEEN SERVICE RELEASED TO RIGHTPATH AND NO TRANSFER OF
  CLAIM HAS BEEN FILED.

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX 75261-9741

Court claim# 13/Trustee CID# 4

The Movant further certifies that on 03/30/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
  original creditor
  putative creditor
  counsel for debtor(s)
  counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| RONI A. WISE, 320 GEORGETOWN ROAD, BEAVER FALLS, PA  15010 | LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741 | STEPHEN R FRANKS ESQ, MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028 |
| : RIGHTPATH SERVICING, PO BOX 650783, DALLAS, TX  75265 | |
| NEW CREDITOR: | |