**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RONI A. WISE | Case No.:19-24382 GLT |
| Debtor(s) | |
| Ronda J. Winnecour Movant vs. No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/08/2019 and confirmed on 12/11/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,152.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,147.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,400.00 | |
|    Trustee Fee | 5,197.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,597.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 76,146.20 | 0.00 | 76,146.20 |
|     Acct: 3220 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3220 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 31,574.70 | 5,107.94 | 0.00 | 5,107.94 |
|     Acct: 3220 | | | | |
|   ALLY BANK(*) | 14,344.15 | 14,344.15 | 2,657.47 | 17,001.62 |
|     Acct: 6970 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7399 | | | | |
|   ALLY BANK(*) | 1,694.77 | 293.85 | 0.00 | 293.85 |
|     Acct: 6970 | | | | |
| | | | | 98,549.61 |
| Priority | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONI A. WISE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-24382 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | RONI A. WISE | 5.00 | 5.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | ALLY FINANCIAL(*) | 16,468.79 | 0.00 | 0.00 | 0.00 |
| |   Acct: 7399 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 1339 | | | | |
| | BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 753.01 | 0.00 | 0.00 | 0.00 |
| |   Acct: 9317 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 904.32 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4420 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: | | | | |
| | ASCENDIUM EDUCATION SOLUTIONS INC | 89,709.75 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2848 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 7777 | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4813 | | | | |
| | LVNV FUNDING LLC | 874.08 | 0.00 | 0.00 | 0.00 |
| |   Acct: 5959 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 650.14 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2002 | | | | |
| | MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0864 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0245 | | | | |
| | PROFESSIONAL ACCOUNT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2898 | | | | |
| | RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 1899 | | | | |
| | RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4225 | | | | |
| | RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 7763 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,058.91 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2897 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 437.83 | 0.00 | 0.00 | 0.00 |
| |   Acct: 6897 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,153.72 | 0.00 | 0.00 | 0.00 |
| |   Acct: 3708 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0611 | | | | |
| | VALLEY GASTROENTEROLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0922 | | | | |
| | WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 0117 | | | | |
| | UPMC PHYSICIAN SERVICES | 138.65 | 0.00 | 0.00 | 0.00 |
| |   Acct: 2848 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 6897 | | | | |

| 19-24382 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | | | | |
|---|---|---|---|---|
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 98,549.61 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 47,613.62 | |
| UNSECURED | 116.149.20 | |

Date: 09/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com